IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARRY KEITH HOLLOWAY,

Petitioner,

v.  Civ No. 07-0050 MV/RLP

TIMOTHY HATCH, Warden, *et al.*,

Respondents.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report & Recommendation, the Petitioner having filed objections thereto, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report & Recommendation shall be adopted by the Court.

IT IS THEREFORE ordered that the Magistrate Judge's Report & Recommendation is hereby adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
Martha Vasquez
Chief United States District Judge